UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**JOHN DANIEL ASHFORD, #255100,**

    **Plaintiff,**

                              **Civil No: 06-11002**
                              **Honorable John Corbett O'Meara**
                              **Magistrate Judge Paul J. Komives**

**v.**

**DAVID S. GRANT, JR.,**

    **Defendant.**

_____

## **JUDGMENT**

The above entitled matter having come before the Court on a *pro se* civil rights complaint **[Doc. #1-1]**, and in accordance with the Opinion and Order summarily dismissing Plaintiff's Civil Rights Complaint entered on April __25___, 2006,

IT IS HEREBY ORDERED that the Plaintiff's Complaint **[Doc. #1-1, filed March 8, 2006]** is **DISMISSED WITHOUT PREJUDICE**.

                                                    DAVID WEAVER
                                                    CLERK OF THE COURT

                                                    BY: s/Denise Goodine
                                                        DEPUTY CLERK

APPROVED:

                    s/John Corbett O'Meara
                    John Corbett O'Meara
                    United States District Judge

Dated: April 25, 2006